IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO         DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2016-CI-19778; Abel M. Campos, Jr. v. Steves & Sons, Inc.; In the 225th Judicial District, Bexar County, Texas.

2. Was jury demand made in State Court?   Yes ☒   No ☐

   If yes, by which party and on what date?

   Plaintiff                                            11/14/2016
   Party Name                                           Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff: Abel M. Campos, Jr.
   Plaintiff's Counsel: Mark Anthony Sanchez, Sanchez & Wilson PLLC, 6243 IH-10 West, Suite 1025, San Antonio, Texas 78201, (210) 222-8899 (telephone), (210) 222-9526 (facsimile), mas@sanchezwilson.com

   Defendant: Charter Communications, Inc.
   Defendant's Counsel: Christine E. Reinhard, Shannon B. Schmoyer, and Justin Barbour, Schmoyer Reinhard LLP, 17806 IH 10 West, Suite 400, San Antonio, Texas 78257, Tel: 210-447-8033, Fax: 210-447-8036

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None at this time.

**VERIFICATION:**

_[signature]_      04/20/2018
Attorney for Removing Party     Date

Steves & Sons, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)