IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ABEL M. CAMPOS, JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 5:18-cv-357 |
| STEVES & SONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## INDEX OF MATTERS BEING FILED

1. JS 44 Civil Cover Sheet

2. JS 44 Supplemental Civil Cover Sheet

3. List of Counsel of Record

4. Defendant's Notice of Removal with Attachments:

   Exhibit 1:   Plaintiff's Original Petition;

   Exhibit 2:   Plaintiff's First Amended Original Petition;

   Exhibit 3:   State Court Docket Sheet;

   Exhibit 4:   Summons and Service of Process;

   Exhibit 5:   Defendant Steves & Sons, Inc.'s General Denial, Defenses, and Request for Rule 194.2 Disclosure

   Exhibit 6:   Mark Anthony Sanchez Vacation Letters

   Exhibit 7:   Defendant's General Denial and Defenses to Plaintiff's First Amended Petition

   Exhibit 8:   State Court Notice of Removal