IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ABEL M. CAMPOS, JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 5:18-cv-357 |
| STEVES & SONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

**LIST OF ALL COUNSEL OF RECORD**

Party                                                                    Attorney(s)
Plaintiff:
Abel M. Campos                                                Mark Anthony Sanchez
                                                                                Sanchez & Wilson PLLC
                                                                                6243 IH-10 West, Suite 1025
                                                                                San Antonio, Texas 78201
                                                                                (210) 222-8899 (telephone)
                                                                                (210) 222-9526 (facsimile)
                                                                                mas@sanchezwilson.com

Defendant:
Steves & Sons, Inc.                                              Christine E. Reinhard
                                                                                Texas Bar No. 24013389
                                                                                creinhard@sr-llp.com
                                                                                Shannon B. Schmoyer
                                                                                Texas Bar No. 17780250
                                                                                sschmoyer@sr-llp.com
                                                                                Justin Barbour
                                                                                Texas Bar No. 24055142
                                                                                jbarbour@sr-llp.com
                                                                                SCHMOYER REINHARD LLP
                                                                                17806 IH 10 West, Suite 400
                                                                                San Antonio, Texas 78257
                                                                                Telephone:  (210) 447-8033
                                                                                Facsimile:  (210) 447-8036