# EXHIBIT 3

GERARD C. RICKHOFF — DONNA KAY McKINNEY
COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2016CI19778

**Name**: ABEL M CAMPOS JR

**Date Filed** : 11/14/2016

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 225

**Docket Type** : EMPLOYMENT-TERMINATION

**Business Name** :

**Style** : ABEL M CAMPOS JR

**Style (2)** : vs STEVE AND SONS INC

# Case History

*Currently viewing 1 through 9 of 9 records*

| Sequence | Date Filed | Description |
| --- | --- | --- |
| P00008 | 4/20/2018 | GENERAL DENIAL OF<br>STEVES & SONS INC AND DEFENSES TO PLAINTIFFS FIRST AMENDED PETITION |
| P00007 | 3/29/2018 | FIRST AMENDED PETITION |
| P00006 | 11/13/2017 | ATTORNEY UNAVAILABILITY NOTICE FILED FOR<br>MARK ANTHONY SANCHEZ |
| P00005 | 5/4/2017 | ATTORNEY UNAVAILABILITY NOTICE FILED FOR<br>MARK SANCHEZ |
| P00004 | 12/22/2016 | GENERAL DENIAL OF<br>STEVES & SONS, INC, DEFENSES AND REQUEST FOR RULE 194.2 DISCLOSURE |
| S00001 | 11/15/2016 | CITATION<br>STEVE AND SONS INC<br>ISSUED: 11/15/2016 |
| P00003 | 11/14/2016 | SERVICE ASSIGNED TO CLERK 2 |
| P00002 | 11/14/2016 | JURY DEMAND JURY FEE PAID |
| P00001 | 11/14/2016 | PETITION<br>WITH JURY DEMAND |