# EXHIBIT 6

FILED
5/4/2017 4:02:13 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Mary Velasquez

Case 5:18-cv-00357-XR   Document 1-10   Filed 04/20/18   Page 2 of 7

# SÁNCHEZ & WILSON

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

May 2, 2017

**MARK ANTHONY SÁNCHEZ, ESQ.**
*Board Certified - Labor and Employment Law*
*Texas Board of Legal Specialization*

Ms. Donna Kay McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 West Nueva, Suite 217
San Antonio, Texas 78205

Mr. Gerry Rickhoff
Bexar County Clerk
Bexar County Courthouse
100 Dolorosa, Suite 104
San Antonio, Texas 78205

Mr. Chris Daniel
Harris County District Clerk
Harris County Courthouse
201 Caroline, Suite 420
Houston, Texas 77002

Ms. Laura Hinojosa
Hidalgo County District Clerk
Hidalgo County Courthouse
100 North Closner
P.O. Box 87
Edinburg, Texas 78539

Ms. Rachel P. Ramirez
Zavala County District Clerk
Zavala Courthouse
200 East Uvalde Street
Crystal City, Texas 78839

Ms. Ramona Rodriguez
Frio County District Clerk
Frio County Courthouse
500 East San Antonio Street, Box 8
Pearsall, Texas 78061

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

U.S. District Clerk's Office
655 East Cesar E. Chavez Boulevard, Room G65
San Antonio, Texas 78206

U.S. District Clerk's Office
111 East Broadway, Room L100
Del Rio, Texas 78840

U.S. District Clerk's Office
1133 North Shoreline Boulevard
Corpus Christi, Texas 78401

Re: **Mark Anthony Sánchez Vacation Letter**

Dear Clerk:

Please accept this correspondence as notification of my intended vacation. By copy of this letter, I am advising counsel of record to refrain from scheduling hearings or engaging in discovery that could require my personal appearance because I will be unavailable during the following dates:

- May 26, 2017 through June 2, 2017

Vacation Letter
May 2, 2017
Page Two

In the event of an emergency, please contact Albert E. Tovar, Esq. in my office. If you are receiving this vacation letter by mail, please return a file stamped copy of this letter in the self-addressed stamped envelope I have provided for your convenience. With kindest regards, I remain

                              Very Truly Yours,

                              MARK ANTHONY SÁNCHEZ, ESQ.

MAS/ld

# SÁNCHEZ & WILSON

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

MARK ANTHONY SÁNCHEZ, ESQ.
*Board Certified - Labor and Employment Law*
*Texas Board of Legal Specialization*

November 13, 2017

Ms. Joanna Staton
Bell County District Clerk
1st Floor Bell County Justice Complex
1201 Huey Road
Belton, Texas 76513

Ms. Donna Kay McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 West Nueva, Suite 217
San Antonio, Texas 78205

Mr. Gerry Rickhoff
Bexar County Clerk
Bexar County Courthouse
100 Dolorosa, Suite 104
San Antonio, Texas 78205

Mr. Chris Daniel
Harris County District Clerk
Harris County Courthouse
201 Caroline, Suite 420
Houston, Texas 77002

Ms. Laura Hinojosa
Hidalgo County District Clerk
Hidalgo County Courthouse
100 North Closner
P.O. Box 87
Edinburg, Texas 78539

Ms. Ramona Rodriguez
Frio County District Clerk
Frio County Courthouse
500 East San Antonio Street, Box 8
Pearsall, Texas 78061

Mr. Leopoldo Vielma
Maverick County District Clerk
500 Quarry St # 5
Eagle Pass, Texas 78852

Ms. Dana DeBeauvoir
Travis County Clerk
5501 Airport Boulevard
Austin, Texas 78751-1410

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

U.S. District Clerk's Office
Western District of Texas San Antonio Division
655 East Cesar E. Chavez Boulevard, Room G65
San Antonio, Texas 78206

U.S. District Clerk's Office
Western District of Texas Del Rio Division
111 East Broadway, Room L100
Del Rio, Texas 78840

Mr. Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals
For The Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

Ms. Josie Lopez
Mediator
Dallas District Office
Equal Employment Opportunity Commission
207 S. Houston Street, 3rd Floor
Dallas, Texas 75202

Vacation Letter
November 13, 2017
Page Two

Ms. Tanya L. Domino
Debarment Docket Clerk
U.S. Department of Housing and Urban Development
Departmental Enforcement Center-Operations

Re: **Mark Anthony Sánchez Vacation Letter**

Dear Clerk:

Please accept this correspondence as notification of my intended vacation dates during the following dates:

- November 22 through 24
- December 20 through Jan 5

By copy of this letter, I am requesting that counsel of record refrain from scheduling hearings or engaging in discovery that would require my personal appearance during these dates.

In the event of an emergency, please contact Albert E. Tovar, Esq. in my office. If you are receiving this vacation letter by mail, please return a file stamped copy of this letter in the self-addressed stamped envelope I have provided for your convenience. With kindest regards, I remain

Very Truly Yours,

MARK ANTHONY SÁNCHEZ, ESQ.

MAS/ld

cc: (In the Matter of Albert Aleman; Docket No. 17-0019-DE(S)) E-mail: tanya.l.domino@hud.gov, Mortimer.F.Coward@hud.gov, debra.k.lumpkins@hud.gov, brian.a.dupre@hud.gov, nilda.m.gallegos@hud.gov

(Clayton Anderson v. The Center for Health Care Services; Cause No. 2016-CI-17155) E-mail: patrick.bernal@rampage-sa.com, megan.santee@rampage-sa.com

Vacation Letter
November 13, 2017
Page Three

    (Joe Guadalupe Ballesteros v. Travis County District Attorney's Office, et al; Cause No. C-1-CV-17-005606)   E-mail:   Leslie.Dippel@traviscountytx.gov, Amy.Ybarra@traviscountytx.gov

    (Yolanda Jaime Berrelez V. Mesquite Logistics USA, Inc.; Appeal No. 04-17-00235-Cv) E-mail: cameel@ameellaw.com

    (Abel M. Campos, Jr. vs. Steves and Sons, Inc.; Cause No. 2016-CI-19778) E-mail: creinhard@sr-llp.com

    (Hector Cantu v. Foremost Lloyds of Texas; Cause No. 2017CV03122) E-mail: jtrevino@valdeztrevino.com, emontanus@valdeztrevino.com

    (Karen Lynn Collins V. Texas A&M University – San Antonio; Cause No. 2017CI18514) E-mail: Enrique.Varela@oag.texas.gov

    (Richard J. Fernandez v. AT&T Services, Inc.; Cause No. 2015-CI-15457) E-mail: larry.smith@ogletreedeakins.com

    (Tammy S. Frausto v. City of Pearsall, Texas; Cause No. 15-09-00347CVF) E-mail: alopezoffice@gmail.com

    (Garcia et al. v. Maverick Co. et al.; Civil Action No. 2:17-cv-00058-AM)

    (Juan Jose Garza v. La Joya Housing Authority; Cause No. CL-17-0311-G) E-mail: glacevedo@aol.com

    (In the Matter of the Marriage of Marieke Luera and Jesse Luera; Cause No. 290,089-B) E-mail: sstroud@carlsonattorneys.com

    (Eugene Martinez, et al. v. Superior Healthplan, Inc., et al.; Civil Action No. 5:16-cv-00870-XR) E-mail: mjodon@littler.com, todom@littler.com

    (Jose Medina v. RDB Contracting, Inc., et al; Civil Action No. 5:16-cv-00472-FB-ESC) E-mail:   cwalsh@robwiley.com,   gmangum@sbcglobal.net,   jdbraziel@l-b-law.com, robert@mylawteam.com

    (Daniel Cruz, et al. v. Maverick County, et al.; Civil Action No. 2:14-CV-50-AM-CW) E-mail: glenn@glennlevylaw.com, marbuckl@baronbudd.com,

    (Jose Luis Perez, Jr. v. Maverick County Juvenile Probation Department, et al.; Cause No. 17-08-34634-MCV) E-mail: office@daleklein.com

Vacation Letter
November 13, 2017
Page Four

    (Loretta Marie Myles v. University of Texas Health Science Center at San Antonio, *et al.*; Civil Action No. 5:17-cv-871-XR) E-mail: summer.lee@oag.texas.gov

    (Victor Leonardo Martinez v. Maverick County, Texas, *et al.*; Cause No. 15-03-31015-MCVAJA) E-mail: skf@fitzkoslaw.com Mail: Victor Leonardo Martinez, 1327 Southern Blvd., Bronx, New York 10459

    (Tereso Navarro v. Rafter P Transport, Corp.; Cause No. 2016-CV-03628) E-mail: alex@katzmanandkatzman.com

    (Mario Carcamo v. Carlos Ordonez, Individually, and D/B/A By Grace Floors; Cause No. 2014-CI-13155) E-mail: james@henningfirm.com

    (Jose Luis Perez, Jr. v. Maverick County Juvenile Probation Department, *et al.*; Civil Action No. 17-08-34634-MCV) E-mail: office@daleklein.com

    (Francisco Sanchez, Jr. v. Texas A&M University-San Antonio; Appeal No. 04-17-00197-CV) E-mail: Eric.Hudson@oag.texas.gov

    (Kyle Ray Shaw v. Karnes County, Texas, *et al.*; Civil Action No. 5:16-CV-00203-FB) E-mail: ccullen@cullenlawfirm.com, jgarza@trla.org, michael@ggmtx.com, nohl.bryant@bryantlawpc.com

    (Villafana v. Tink-A-Tako, L.L.C.; Civil Action No. 5:17-cv-00088-FB-JWP) E-mail: salaw@msn.com, abraun@ponciolaw.com

    (Venegas v. USPS; Agency Case No. 4G-780-0159-15) E-mail: josie.lopez@eeoc.gov, Paul.C.Wolf@usps.gov, mssw@usps.gov

    (Antonio Villarreal, Jr. v. San Antonio Extended Medical Care, Inc.; Civil Action No. 5:17-cv-01011-FB)

    (Paul A. Zepeda v. City of Pearsall, Texas; Cause No. 15-09-00351CVF) E-mail: alopezoffice@gmail.com