# EXHIBIT 8

CAUSE NO. 2016CI19778

| | | |
|---|---|---|
| ABEL M. CAMPOS, JR., | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 225TH JUDICIAL DISTRICT |
| | § | |
| STEVES & SONS, INC. | § | |
| | § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

To:   Clerk of the 225th Judicial District Court, Bexar County, Texas.

Please take notice that a Notice of Removal was filed in the United States District Court for the Western District of Texas, San Antonio Division, to remove the civil action entitled *Abel M. Campos v. Steves & Sons, Inc.*, from the 225th Judicial District Court, Bexar County, Texas on the 20th day of April, 2018.  A copy of the Notice of Removal is attached as Exhibit A.  A copy of this Notice has been sent to Plaintiff.

Respectfully submitted,

/s/ Christine E. Reinhard
Christine E. Reinhard
State Bar No. 24013389
Shannon B. Schmoyer
State Bar No. 17780250
Justin Barbour
State Bar No. 24055142
SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Phone: (210) 447-8033
Fax: (210) 447-8036
creinhard@sr-llp.com
sschmoyer@sr-llp.com
bwaldrep@sr-llp.com

**ATTORNEYS FOR DEFENDANT**
**STEVES & SONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served *via the Court's electronic filing system and Certified Mail/RRR* to:

Mark Anthony Sanchez
Sanchez & Wilson, P.L.L.C.
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201
Phone: (210) 222-8899
Fax: (210) 222-9526
mas@sanchezwilson.com

on this 20th day of April, 2018.

/s/ Christine E. Reinhard
Christine E. Reinhard

2